UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

---

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:15-cv-01050

Name of party requesting extension: Tecan U.S., Inc.

Is this the first application for extension of time in this case?  ☐ Yes  ☒ No

If no, please indicate which application this represents:  ☒ Second  ☐ Third  ☐ Other _____

Date of Service of Summons: 06/22/15

Number of days requested:  ☐ 30 days  ☒ 15 days  ☐ Other ____ days

New Deadline Date: 08/27/15   *(Required)*

---

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Mark M. Supko

State Bar No.: NY-2592277

Firm Name: Crowell & Moring LLP

Address: 1001 Pennsylvania Avenue NW
Washington, DC 20004

Phone: (202) 624-2500

Fax: (202) 628-5116

Email: msupko@crowell.com

---

A certificate of conference does not need to be filed with this unopposed application.